AO 91 (Rev. 11/11)  Criminal Complaint (Rev. by USAO on 3/12/20)      ☐ Original      ☐ Duplicate Original

<table>
<tr><td>
**LODGED**
CLERK, U.S. DISTRICT COURT

10/3/2025

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ RYO _____ DEPTUTY
</td></tr>
</table>

# UNITED STATES DISTRICT COURT

for the

Central District of California

<table>
<tr><td>
**FILED**
CLERK, U.S. DISTRICT COURT

**10/03/25**

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ MR _____ DEPUTY
</td></tr>
</table>

United States of America

v.

Allen Dryer,

Defendant.

Case No.    2:25-mj-06159-DUTY

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of September 18, 2025 in the county of Ventura in the Central District of California, the defendant violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in Possession of Ammunition |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

/s/ Dominic Ambrosio
_____
*Complainant's signature*

Dominic Ambrosio, Special Agent
_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:        October 3, 2025
_____
*Judge's signature*

City and state:   Los Angeles, California

Hon. Pedro V. Castillo, U.S. Magistrate Judge
*Printed name and title*

AUSA:  Thi Hoang Ho (x0596)

<u>**AFFIDAVIT**</u>

I, Dominic Ambrosio, being duly sworn, declare and state as follows:

### I.  <u>PURPOSE OF AFFIDAVIT</u>

1.    This affidavit is made in support of a criminal complaint and arrest warrant against Allen Dryer ("DRYER") for a violation of 18 U.S.C. § 922(g)(1): Felon in Possession of Firearm/Ammunition.

2.    The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses.  This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and arrest warrant and does not purport to set forth all of my knowledge of or investigation into this matter.  Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and part only.

### II. <u>BACKGROUND OF ATF SPECIAL AGENT STEPHANIE CREBBS</u>

3.    I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been since January 2017. I am currently assigned to the Los Angeles Field Office, Ventura Resident Agency. I attended the FBI Academy in Quantico, Virginia, where I received twenty weeks of training on investigating various federal violations. During my training, I gained experience in subject and witness interviews,

confidential human source operations, financial investigations, and investigating criminal enterprises.

4. Before becoming a Special Agent with the FBI, I graduated from Georgetown University, with a Bachelor of Arts in American Studies, with a Political Science focus. I worked as a business management consultant based in Arlington, Virginia, for over 12 years, advising Fortune 500 clients on business strategy in procurement, sales, and marketing.

5. While employed by the FBI, I previously worked for several years assigned to the Orange County Joint Terrorism Task Force investigating matters of national security to include complex cases involving technical and financial activities by actors in support of foreign adversaries of the United States, as well as investigations related to threats by actors within the United States.

6. I am currently assigned to the Ventura County Violent Gang Task Force, which investigates violent criminal conduct related to firearms, narcotics, and violence in furtherance of criminal street gangs for Ventura County, California area of responsibility. In my current assignment, I work extensively with local partners from the Ventura County Sheriff's Office and multiple local police departments, including the Ventura Police Department ("VPD").

### III. SUMMARY OF PROBABLE CAUSE

7. On September 18, 2025, Ventura Police Department ("VPD") officers received a report that DRYER was at Thousand Oaks Mall, in Thousand Oaks, CA. Officers were aware of an

2

outstanding arrest warrant for DRYER.  Officers located DRYER and a female and attempted to contact DRYER as he entered his vehicle.  DRYER fled on foot but soon thereafter obeyed officers' commands and laid on the ground.  As officers secured DRYER and conducted a search for weapons on his person, officers located a firearm tucked into DRYER's waistband toward the front of his pants.  Officers secured the weapon and determined the firearm, a revolver, was loaded with six rounds of ammunition.

8.    DRYER is a convicted felon with two prior felony convictions. DRYER is therefore prohibited from possessing firearms and ammunition.

## IV. <u>STATEMENT OF PROBABLE CAUSE</u>

9.    Based on my review of law enforcement reports and documents, body worn camera video, criminal history reports, photographs, as well as my own observations and knowledge of the investigation, I am aware of the following:

**A.    DRYER Was Found with a Firearm on His Person and Arrested**

10.    On September 18, 2025, at approximately 10:30 a.m., officers from the VPD's Major Crimes Unit and Street Crimes Unit conducted a surveillance operation at the Thousand Oaks Mall, located at 350 West Hillcrest Drive, in Thousand Oaks CA. The goal of the operation was to locate DRYER and safely take him into custody for an outstanding felony warrant.

11.    As part of the surveillance, officers contacted Thousand Oaks Mall security in their office and requested access to their security cameras. DRYER was on the first level of the

3

mall with a female, who was later identified. While officers monitored DRYER inside the mall, mall security assisted in backtracking where DRYER and the female entered the mall in order to find an associated vehicle. Surveillance units were there established in the vicinity of the vehicle DRYER was observed arriving in.

12.  At approximately 12:45 p.m., officers saw DRYER and the female exit from the same entrance they came in towards the parking structure. In the structure, they walked towards a maroon-colored Nissan with California license plate number 8VCJ590. DRYER went to the driver's side and the female went to the passenger side. As soon as officers exited their vehicles and approached him, DRYER fled from officers on foot in the parking structure. DRYER was then apprehended after a brief pursuit.

13.  Once DRYER was taken into custody, officers discovered a firearm located in DRYER's front waistband as well as keys to the Nissan he walked to prior to his arrest. Additionally, a methamphetamine pipe with a usable quantity of methamphetamine was located inside a backpack belonging to DRYER in the vehicle. The firearm found in DRYER's possession was a gray Harrington & Richardson .32 caliber model 732 revolver. The firearm was loaded with six rounds of .32 caliber ammunition, bearing the headstamp "R-P 32 S&W L".  The revolver's handle was wrapped with blue tape. Based on officer's examination of the revolver, it appeared functional and capable of causing serious bodily injury or death.

4

**B.    DRYER's Prior Felony Convictions**

14.    On September 29, 2025, I reviewed DRYER's criminal history and discovered:

a.    On or about December 9, 2020 in the Superior Court for the County of Ventura, case number 2020000912, DRYER was convicted of California Penal Code § 245(a)(1) - Assault with a Deadly Weapon: Not a Firearm, and sentenced to four years in prison.

b.    On or about February 28, 2023 in the Superior Court for the County of Ventura, case number 2022016106, DRYER was convicted of California Penal Code § 27545 -Unlicensed Sale/Load/Transfer of a Firearm and sentenced to two years in prison.

**C.    Interstate Nexus**

15.    On October 2, 2025, ATF Special Agent and Firearms and Ammunition Interstate Nexus Expert, Christopher Stantzos, examined the following items recovered from DRYER:

a.    A Harrington & Richardson; Model: 733; Type: Revolver; Caliber: .32 S&W; Serial Number: AX037609, and

b.    Six (6) rounds of .32 S&W caliber ammunition with the headstamp markings, "R-P 32 S&W L".

16.    Special Agent Stantzos determined that both items were manufactured outside the state of California.  Because the firearm and ammunition were found in Thousand Oaks, CA, these items traveled in interstate commerce.

5

## V.  CONCLUSION

17.  For all of the reasons described above, there is probable cause to believe that DRYER committed a violation of 18 U.S.C. § 922(g)(1): Felon in Possession of Firearm/Ammunition.

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this __3rd__ day of October, 2025.

_____
HONORABLE PEDRO V. CASTILLO
UNITED STATES MAGISTRATE JUDGE